EASTERN DISTRICT OF NEW YORK
JACK B. WEINSTEIN, SR. U.S. DISTRICT JUDGE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 1 6 2005 ★

BROOKLYN OFFICE

*********************************************************

**IT IS ORDERED THAT:**

in the matter of **U.S. ~v~ John Rodriguez, Docket No. 99-CR-1044,** the Judgment and Commitment Order is amended to reflect the sentence of **Time Served**. The original Judgment and Commitment Order remains unchanged.

**SO ORDERED:**

7/26/05

Jack B. Weinstein, Sr. United States District Judge     Date

*********************************************************